**Opinion issued May 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00463-CR**

**NO. 01-26-00464-CR**

———————————

**IN RE DEON WASHINGTON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On May 3, 2026, attorney De'La E. Seoul Spears filed a petition for writ of mandamus purportedly on behalf of Deon Washington, challenging the trial court's March 20, 2026 order disqualifying Spears as Washington's appointed counsel.[1] We deny the petition. Any pending motions or additional requests for relief in the

---

[1] The underlying case is *The State of Texas v. Deon Washington*, cause numbers 2566319 and 2565719, pending in the County Criminal Court at Law No. 16 of Harris County, Texas, the Honorable Linda Garcia presiding.

petition, including the request to stay the underlying proceedings pending resolution of the petition, are denied.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).